

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Ruben Totten v. The State of Texas

Appellate case number:     01-14-00189-CV

Trial court case number:   1365961

Trial court:                 228th District Court of Harris County

On December 6, 2016, we abated this case for the trial court to determine whether the reporter's record was accurate. After a hearing on December 7, 2016, the trial court determined that the reporter's record contained an inaccuracy. The corrected reporter's record was filed on November 8, 2017. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's amended brief, if any, is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a), 38.7.

The State's amended brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b), 38.7.

It is so ORDERED.

Judge's signature:/s/ Sherry Radack
                    ☑ Acting individually    □ Acting for the Court

Date: August 7, 2018